THE STATE OF OHIO, APPELLEE, *v.* LIEBTAG, APPELLANT.

[Cite as *State v. Liebtag* (1994), 71 Ohio St.3d 167.]

(No. 94–1473—Submitted October 24, 1994—Decided December 14, 1994.)

*Craig L. Liebtag, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated therein.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.